IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID L. SPIVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:16-cv-681-GMB |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Before the court is Plaintiff David L. Spivey's unopposed Motion for Attorney's Fees. Doc. 21.

On May 5, 2008, the Eleventh Circuit decided *Reeves v. Astrue*, 526 F.3d 732 (11th Cir. 2008), in which the Court unambiguously held that attorney's fees are awarded to the prevailing party as opposed to the prevailing party's attorney. On June 14, 2010, the United States Supreme Court decided *Astrue v. Ratliff*, 560 U.S. 586 (2010), in which the Court reaffirmed that attorney's fees are awarded to the prevailing litigant—not the prevailing party's attorney.

Accordingly, it is ORDERED as follows:

1. The Motion for Attorney's Fees (Doc. 21) is GRANTED, and Plaintiff David L. Spivey is awarded fees in the amount of $4,731.90.

2. To the extent Plaintiff's counsel requests that fees be awarded directly to counsel, the motion is DENIED.

DONE this 29th day of May, 2018.

/s/ Gray M. Borden
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE